IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORGANIZATION FOR COMPETITIVE MARKETS, OGALLALA LIVESTOCK MARKETS, and TORRINGTON LIVESTOCK MARKETS, | ) ) ) ) ) ) | 4:04CV3232<br><br>**JUDGMENT** |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and GRAIN INSPECTION PACKERS & STOCKYARDS ADMINISTRATION, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the court's memorandum and order filed this date,

IT IS ORDERED that Plaintiffs' complaint is dismissed for lack of subject matter jurisdiction.

DATED: January 7, 2005.                BY THE COURT:

                                                                               s/ Richard G. Kopf
                                                                               United States District Judge